**DISMISS; and Opinion Filed May 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00205-CR

### THOMAS JAMES DUNN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F14-57706-L**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Brown and Stoddart

Appellant has filed a motion to dismiss the appeal.[1]  Appellant's counsel has approved the motion.  The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

150205F.U05

---

[1] Appellant's motion also included his appeals in cause nos. 05-15-00204/00206/00207-CR.  Those appeals were dismissed for want of jurisdiction on May 26, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THOMAS JAMES DUNN, Appellant

No. 05-15-00205-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas

Trial Court Cause No. F14-57706-L.

Opinion delivered per curiam before Chief Justice Wright and Justices Brown and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 28th day of May, 2015.